UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>Luis Hector SAAVEDRA-MALDONADO,<br><br>      Defendant. | Case No. 24-cr-1740-AGS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS** |

  Because no objections were filed, the Magistrate Judge's findings and recommendations are adopted. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (requiring that a district judge "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (citing 18 U.S.C. § 636(b))). So, the Court finds the defendant is competent to stand trial because he understands the nature and consequences of the proceedings against him and can assist in his defense. *See* 18 U.S.C. § 4241. The Court also excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), from October 23, 2024, the date the Defendant filed an Unopposed Motion for Psychiatric Exam, until the date of this order.

Dated: 4/28/2025

                Hon. Andrew G. Schopler
                United States District Judge